FILED
CHARLOTTE, NC

MAY 1 9 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 3:26-cr-99-KDB** |
| **v.** | **BILL OF INDICTMENT** |
| | **Violation: 21 U.S.C. 841(a)(1)** |
| **MICHAEL BOATWRIGHT** | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Distribution of Fentanyl)*

On or about March 17, 2026, in Mecklenburg County, within the Western District of North Carolina, the defendant,

## MICHAEL BOATWRIGHT,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO
*(Distribution of Fentanyl)*

On or about April 3, 2026, in Mecklenburg County, within the Western District of North Carolina, the defendant,

## MICHAEL BOATWRIGHT,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

# NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

A TRUE BILL

FOREPERSON


RUSS FERGUSON
UNITED STATES ATTORNEY


TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY